Cite as 2025 Ark. 201

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE BAR OF ARKANSAS ANNUAL LICENSE FEES | **Opinion Delivered:** December 4, 2025 |
| | SUBSTITUTED OPINION. |

**PER CURIAM**

The annual license fees for the Bar of Arkansas were previously increased by a per curiam issued on November 1, 2001. See In re Bar of Ark. License Fees, 346 Ark. App'x 574 (2001). On January 1, 2008, the second phase of that fee increase was implemented. It has now been more than seventeen years since the last increase in license fees. The court has reviewed and considered the existing and expected needs for the programs administered from the funds of the Bar of Arkansas; average license fees in surrounding states; and increased court-modernization expenses. Based on these factors, the court must increase license fees.[1]

---

[1]The Bar of Arkansas budget funds the following programs: Office of Professional Programs for the Arkansas Supreme Court, Arkansas Continuing Legal Education Board, Arkansas Supreme Court Committee on Professional Conduct, Supreme Court Committee on the Unauthorized Practice of Law, Arkansas Judges and Lawyers Assistance Program, The Client Security Fund, Arkansas Access to Justice Commission, and general administrative expenses.

Commencing on January 1, 2026, the new fee schedule for the Bar of Arkansas shall be as follows: The annual license fee shall be $250 for lawyers who have been licensed for three or more years. The annual license fee for new enrollees who have been licensed for less than three years shall be $175. Lawyers who are sixty-five years of age or older on or before January 1 of the year for which license fees are payable shall pay $25 per year.[2]

Commencing on January 1, 2027, the second phase of the fee increase will be implemented: The annual license fee shall be $300 for lawyers who have been licensed for three or more years. The annual license fee for new enrollees who have been licensed for less than three years shall be $225. Lawyers who are sixty-five years of age or older on or before January 1 of the year for which license fees are payable shall pay $30 per year.[3]

---

[2]This is provided they meet the other requirements of Rule VII(A)(2) of the Rules Governing Admission to the Bar of Arkansas.

[3]This is provided they meet the other requirements of Rule VII(A)(2) of the Rules Governing Admission to the Bar of Arkansas.